IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAUREN KIMMELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-00757-JD |
| | ) |
| AMERICAN FAMILY LIFE | ) |
| ASSURANCE COMPANY OF | ) |
| COLUMBUS, d/b/a AFLAC, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATION OF CONSTITUTIONAL QUESTION
TO OKLAHOMA ATTORNEY GENERAL**

Upon review of Defendant's Notice of Constitutional Question [Doc. No. 14] and the case record, and pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b), the Court certifies to the Oklahoma Attorney General that the constitutionality of Okla. Stat. tit. 23, § 9.1 has been questioned in this action by Defendant. Pursuant to Federal Rule of Civil Procedure 5.1(c), the Attorney General may intervene within 60 days after the filing of Defendant's Notice, which was filed on October 15, 2021.

The Clerk of Court shall send a copy of this Certification to the Oklahoma Attorney General either by certified or registered mail or by transmission to an electronic address designated by the Oklahoma Attorney General for this purpose.

Dated this 18th day of October 2021.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE